933 A.2d 649

**Donald ALLEN, Appellant,**

**v.**

**COMMONWEALTH of Pennsylvania, DEPARTMENT OF CORRECTIONS, Appellee.**

Supreme Court of Pennsylvania.

Sept. 26, 2007.

*ORDER*

PER CURIAM.

The order of the Commonwealth Court is **AFFIRMED.**